IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>OSCAR GARCIA,<br><br>            Defendant. | 4:12CR3116<br><br>**MEMORANDUM AND ORDER** |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Charles Steenson, as a Criminal Justice Act Training Panel Member, to assist in the defense of Oscar Garcia.

Accordingly,

IT IS ORDERED:

1) Pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Charles Steenson is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Charles Steenson shall not be eligible to receive compensation for his services in this case.

2) The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Oscar Garcia.

October 25, 2012.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge